# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

*CR11-530CRB*

JAY SCOTT SODERLING and
JESSICA LYNN SODERLING

DEFENDANT(S).

---

# SECOND SUPERSEDING INDICTMENT

18 U.S.C. § 371 – Conspiracy to Defraud the United States;
26 U.S.C. § 7201 – Evasion of the Payment of Taxes

---

A true bill.

_____ Foreman

Filed in open court this *9th* day of *September 2014*.

*Karen L. Hom*
KAREN L. HOM
—NANDOR J. VADAS, Clerk

Bail, $ _____

*Summons before duty mj 9/19/14*

Submit by Email

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
2nd ☒ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

18 U.S.C. § 371 – Conspiracy to Defraud the United States;
26 U.S.C. § 7201 –Evasion of the Payment of Taxes

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
18 U.S.C. § 371 - 5 years prison, $250,000 fine, 3 years supervised release, $100 assessment; 26 U.S.C. § 7201 - 5 years prison, $250,000 fine, 3 years supervised release, $100 assessment

### DEFENDANT - U.S.

▶ JAY SCOTT SODERLING

**DISTRICT COURT NUMBER**
CR-11-0530-CRB

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☒ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: MELINDA HAAG
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) CYNTHIA L. STIER, AUSA, Tax Division

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS ☒ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:
Jay Soderling

Date/Time:

Before Judge:

Comments:

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

2nd ☒ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

## OFFENSE CHARGED

18 U.S.C. § 371 – Conspiracy to Defraud the United States;

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**

18 U.S.C. § 371 - 5 years prison, $250,000 fine, 3 years supervised release, $100 assessment

**DEFENDANT - U.S.**

▶ JESSICA LYNN SODERLING

DISTRICT COURT NUMBER

CR-11-0530-CRB

## PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

this is a reprosecution of charges previously dismissed which were dismissed on motion of:   ☐ U.S. Att'y   ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   MELINDA HAAG
☒ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   CYNTHIA L. STIER, AUSA, Tax Division

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l   ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☒ No   } If "Yes" give date filed

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

---

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☒ SUMMONS   ☐ NO PROCESS*   ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:
Jessica Soderling

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

MELINDA HAAG (CABN 132612)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JAY SCOTT SODERLING and<br>JESSICA LYNN SODERLING,<br><br>  Defendant. | No. CR- 11-0530-CRB<br><br>VIOLATIONS: 18 U.S.C. § 371 – Conspiracy to Defraud the United States;  26 U.S.C. § 7201 – Evasion of the Payment of Taxes<br><br>SAN FRANCISCO VENUE |

S E C O N D   S U P E R S E D I N G   I N D I C T M E N T

The Grand Jury charges:

COUNT ONE:  (18 U.S.C. § 371 – Conspiracy to Defraud the United States)

INTRODUCTION – DEFINITIONS

THE CONSPIRACY

1. From on or about August 11, 2008, and continuing until August 11, 2009, in the Northern District of California,

JAY SCOTT SODERLING, and
JESSICA LYNN SODERLING,

defendants herein, did unlawfully, voluntarily, intentionally and knowingly conspire, combine, confederate, and agree together and with each other and with other individuals both known and

Second Superseding Indictment
CR-11-530-CRB                                   1

1  unknown to the Grand Jury to defraud the United States for the purpose of impeding, impairing,
2  obstructing, and defeating the lawful Government functions of the Internal Revenue Service of the
3  Treasury Department in the ascertainment, computation, assessment, and collection of the revenue: to
4  wit, federal income taxes, employment taxes, and unemployment taxes, due and owing by JAY SCOTT
5  SODERLING ("JAY SODERLING") to the United States of America.

## PARTIES, PERSONS, AND ENTITIES

6  2. The Internal Revenue Service ("IRS") is an agency of the United States of America within the Department of the Treasury.

7  3. The Internal Revenue Code (Title 26 of the United States Code) contains the statutes and laws of the United States concerning, among other things, tax liability.

   (a) "Federal income tax" refers to the tax due the United States of America under the Internal Revenue Code and reported on U.S. Federal Income Tax Return [Form 1040] or an Amended U.S. Federal Income Tax Return [Form 1040X] filed with the IRS.

   (b) "Employment tax" refers to the federal income tax withheld from employee wages, and social security and Medicare taxes due to the United States and reported on the Employer's Quarterly Federal Tax Return [Form 941] filed with the IRS.

   (c) "Federal Unemployment Tax" refers to the unemployment tax due to the United States and reported on the Employer's Annual Federal Unemployment (FUTA) [Form 940] Tax Return filed with the IRS.

4. Ripp It Earth Movers ("RIEM") is a sole proprietorship owned by JAY SODERLING.

5. JAY SODERLING, as the sole proprietor of RIEM, was required to report RIEM income on Schedule C of his U.S. Federal Income Tax Return [Form 1040] and to pay taxes on the net profit.

6. Ripp It Earth Movers, Inc. aka Ripp It Inc. ("RIEM, Inc.") is a California corporation owned and operated by JAY SODERLING.

7. JESSICA LYNN SODERLING ("JESSICA SODERLING") was JAY SODERLING's spouse during all times relevant to this indictment.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the conspiracy was sought to be accomplished included,

among others, the following:

8. In August 2008, the IRS notified JAY SODERLING that it had filed a Notice of Federal Tax Lien identifying RIEM, Inc. as the nominee or alter-ego for JAY SODERLING, individually, and JAY SODERLING doing business as RIEM. After receiving this notice, from August 2008, through August 2009, JAY SODERLING transferred funds from the RIEM, Inc. Wells Fargo Account xxxxxx8412 ("RIEM, Inc. WF acct. 8412") to a personal bank account opened by JESSICA SODERLING at Wells Fargo ("Jessica Soderling WF acct. 9636") to avoid payment of federal income taxes, employment taxes and unemployment taxes owed by JAY SODERLING. JESSICA SODERLING thereafter used funds from Jessical Soderling WF acct. 9636 to pay business expenses for RIEM, Inc. JESSICA SODERLING also caused monies to be transferred from Jessica Soderling WF acct. 9636 into her personal account at Wells Fargo ("Jessica Soderling WF acct. 1714"), along with other RIEM, Inc. monies and paid business expenses for RIEM, Inc. from Jessica Soderling WF acct. 1714.

## OVERT ACTS

9. On or about August 26, 2008, JESSICA SODERLING opened WF acct. 9636 as an individual account.

10. On the following dates and in the following amounts, JAY SODERLING caused the following transfers to be made from RIEM, Inc. WF acct. 8412 to Jessica Soderling WF acct. 9636:

| Date (on or about) | Amount of transfer |
|---|---|
| September 10, 2008 | $ 6,600.00 |
| September 16, 2008 | $   400.00 |
| October 8, 2008 | $ 1,190.00 |
| October 20, 2008 | $ 1,900.00 |
| December 3, 2008 | $ 6,300.00 |
| December 4, 2008 | $ 1,976.00 |
| December 22, 2008 | $ 1,600.00 |
| December 23, 2008 | $   500.00 |
| January 5, 2009 | $ 2,671.40 |

Second Superseding Indictment
CR-11-530-CRB                                              3

| Date (on or about) | Amount of transfer |
|---|---|
| January 16, 2009 | $16,600.00 |
| February 9, 2009 | $   460.09 |
| April 3, 2009 | $ 3,185.55 |

11. On the following dates and in the following amounts, JESSICA SODERLING caused the following payments from the sale of RIEM, Inc. assets to be deposited into Jessica Soderling WF acct. 9636:

| Date (on or about) | Payor | Deposit Amount |
|---|---|---|
| October 22, 2008 | Ritchie Bros. Auctioneers | $9,898.50 |
| October 24, 2008 | Ritchie Bros. Auctioneers | $2,990.00 |
| December 29, 2008 | Ritchie Bros. Auctioneers | $4,557.50 |
| March 23, 2009 | Ritchie Bros. Auctioneers | $1,225.00 |
| April 1, 2009 | E&M Equipment | $6,000.00 |
| April 9, 2009 | Direct Surplus Sales, Inc,. dba Surplus City | $2,000.00 |
| July 24, 2009 | Silveira Pontiac | $1,500.00 |

12. On the following dates and in the following amounts, JESSICA SODERLING caused RIEM, Inc. assets (rental payments) to be deposited into Jessica Soderling WF acct. 9636:

| Date (on or about) | Deposit Amount |
|---|---|
| October 14, 2008 | $400 |
| November 6, 2008 | $600 |

13. On the following dates, JESSICA SODERLING caused payments to be made from Jessica Soderling WF acct. 9636 to pay RIEM, Inc. expenses:

| Date (on or about) | Amount (approximate) | Payee |
|---|---|---|
| 09/08/08 | $   67.46 | Allied Insurance |
| 09/08/08 | $   69.09 | Allied Insurance |
| 09/10/08 | $ 2,460.44 | Allied Insurance |
| 10/27/08 | $   67.46 | Allied Insurance |

Second Superseding Indictment
CR-11-530-CRB                                              4

| Date (on or about) | Amount (approximate) | Payee |
|---|---|---|
| 10/27/08 | $ 59.10 | Allied Insurance |
| 09/04/08 | $ 195.00 | Gordon Bauer |
| 10/10/08 | $ 77.87 | Gordon Bauer |
| 10/23/08 | $ 1,038.05 | Gordon Bauer |
| 10/23/08 | $ 517.33 | Gordon Bauer |
| 10/23/08 | $ 508.64 | Gordon Bauer |
| 10/23/08 | $ 469.59 | Gordon Bauer |
| 10/23/08 | $ 277.55 | Gordon Bauer |
| 12/04/08 | $ 522.75 | Gordon Bauer |
| 12/04/08 | $ 489.12 | Gordon Bauer |
| 12/04/08 | $ 338.68 | Gordon Bauer |
| 12/04/08 | $ 293.46 | Gordon Bauer |
| 12/31/08 | $ 510.78 | Gordon Bauer |
| 12/31/08 | $ 130.00 | Gordon Bauer |
| 01/06/09 | $ 398.53 | Gordon Bauer |
| 01/06/09 | $ 299.18 | Gordon Bauer |
| 01/20/09 | $ 415.00 | Gordon Bauer |
| 01/22/09 | $ 274.42 | Gordon Bauer |
| 01/22/09 | $ 270.00 | Gordon Bauer |
| 02/09/09 | $ 295.00 | Gordon Bauer |
| 02/09/09 | $ 275.00 | Gordon Bauer |
| 02/19/09 | $ 330.00 | Gordon Bauer |
| 04/20/09 | $ 270.00 | Gordon Bauer |
| 05/21/09 | $ 300.00 | Gordon Bauer |
| 08/04/09 | $ 500.00 | Gordon Bauer |
| 10/24/08 | $ 1,244.72 | BMW Bank |
| 11/26/08 | $ 1,244.72 | BMW Bank |
| 12/03/08 | $ 1,244.72 | BMW Bank |
| 12/05/08 | $ 1,244.72 | BMW Bank |
| 01/07/09 | $ 1,244.72 | BMW Bank |
| 01/22/09 | $ 1,244.72 | BMW Bank |
| 04/07/09 | $ 1,244.72 | BMW Bank of North America |

| Date (on or about) | Amount (approximate) | Payee |
|---|---|---|
| 04/21/09 | $1,244.72 | BMW Bank of North America |
| 04/27/09 | $ 453.44 | BMW Financial Services |
| 09/15/08 | $ 787.52 | Nelson Burr |
| 10/02/08 | $ 100.00 | Nelson Burr |
| 10/23/08 | $1,762.50 | Nelson Burr |
| 11/25/08 | $ 51.67 | Nelson Burr |
| 12/05/08 | $ 900.00 | Nelson Burr |
| 01/06/09 | $ 662.50 | Nelson Burr |
| 01/27/09 | $ 205.00 | Nelson Burr |
| 03/26/09 | $ 100.00 | Nelson Burr |
| 04/03/09 | $ 437.50 | Nelson Burr |
| 11/05/08 | $ 470.50 | Sherzer & Associates |
| 11/26/08 | $ 504.50 | Sherzer & Associates |
| 01/02/09 | $ 328.03 | Explorer Insurance Co. |
| 02/05/09 | $ 516.20 | Explorer Insurance Co. |
| 03/18/09 | $ 192.52 | Explorer Insurance Co. |
| 04/09/09 | $ 190.93 | Explorer Insurance Co. |
| 05/06/09 | $ 202.91 | Explorer Insurance Co. |
| 05/27/09 | $ 202.90 | Explorer Insurance Co. |
| 09/08/08 | $ 660.03 | GMAC |
| 10/15/08 | $ 396.36 | GMAC |
| 10/15/08 | $ 396.10 | GMAC |
| 10/15/08 | $ 390.21 | GMAC |
| 10/15/08 | $ 10.00 | JPMC Fee |
| 10/15/08 | $ 10.00 | JPMC Fee |
| 10/15/08 | $ 10.00 | JPMC Fee |
| 10/24/08 | $ 612.88 | GMAC |
| 11/14/08 | $ 336.69 | GMAC |
| 11/14/08 | $ 335.58 | GMAC |
| 11/14/08 | $ 331.68 | GMAC |
| 11/14/08 | $ 10.00 | JPMC Fee |
| 11/14/08 | $ 10.00 | JPMC Fee |

Second Superseding Indictment
CR-11-530-CRB                                    6

| Date (on or about) | Amount (approximate) | Payee |
|---|---|---|
| 11/14/08 | $ 10.00 | JPMC Fee |
| 11/19/08 | $ 331.68 | GMAC |
| 11/19/08 | $ 10.00 | JPMC Fee |
| 11/20/08 | $ 336.69 | GMAC |
| 11/20/08 | $ 335.58 | GMAC |
| 11/20/08 | $ 10.00 | JPMC Fee |
| 11/20/08 | $ 10.00 | JPMC Fee |
| 12/30/08 | $ 424.30 | GMAC |
| 09/08/08 | $ 129.41 | Golden State Water Co. |
| 09/08/08 | $ 106.58 | Golden State Water Co. |
| 10/27/08 | $ 110.74 | Golden State Water Co. |
| 10/27/08 | $ 63.57 | Golden State Water Co. |
| 10/28/08 | $ 106.58 | Golden State Water Co. |
| 10/28/08 | $ 75.86 | Golden State Water Co. |
| 12/08/08 | $ 55.26 | Golden State Water Co. |
| 12/31/08 | $ 106.58 | Golden State Water Co. |
| 01/23/09 | $ 110.74 | Golden State Water Co. |
| 02/06/09 | $ 131.84 | Golden State Water Co. |
| 10/03/08 | $ 32.50 | Merchant Bank Card Fee |
| 11/04/08 | $ 32.50 | Merchant Bank Card Fee |
| 12/03/08 | $ 32.50 | Merchant Bank Card Fee |
| 01/05/09 | $ 32.50 | Merchant Bank Card Fee |
| 02/03/09 | $ 32.50 | Merchant Bank Card Fee |
| 03/03/09 | $ 32.50 | Merchant Bank Card Fee |
| 01/22/09 | $ 357.25 | Sherzer & Associates |
| 3/16/09 | $ 362.25 | Progressive |
| 04/07/09 | $ 367.25 | Progressive |
| 04/23/09 | $ 367.25 | Progressive |
| 09/08/08 | $ 62.16 | SAFECO Insurance Co. |
| 09/08/08 | $ 52.17 | SAFECO Insurance Co. |
| 09/10/08 | $ 99.16 | SAFECO Insurance Co. |
| 10/28/08 | $ 50.75 | SAFECO Insurance Co. |

| Date (on or about) | Amount (approximate) | Payee |
|---|---|---|
| 10/28/08 | $ 47.16 | SAFECO Insurance Co. |
| 09/16/08 | $ 400.00 | Zachary Bruce Bond |
| 10/28/08 | $2,475.00 | Zachary Bruce Bond |

14. On the following dates, JESSICA SODERLING caused payments to be made from Jessica Soderling WF acct. 9636 to pay RIEM, Inc. expenses:

| Date (on or about) | Amount | Payee |
|---|---|---|
| October 21, 2008 | $ 1,800.00 | Jay Soderling |
| October 23, 2008 | $ 231.92 | Jay Soderling |
| December 4, 2008 | $ 229.27 | Jay Soderling |
| December 15, 2008 | $ 100.00 | Jay Soderling |
| December 16, 2008 | $ 200.00 | Jay Soderling |
| January 2, 2009 | $ 391.26 | Jay Soderling |
| January 22, 2009 | $ 43.00 | Jay Soderling |

15. On the following dates and in the following amounts, JESSICA SODERLING caused the following transfers to be made from Jessica Soderling WF acct. 9636 to JESSICA SODERLING's Wells Fargo Account xxxxxx1714 ("Jessica Soderling WF acct. 1714"):

| Date (on or about) | Amount of Transfer |
|---|---|
| August 27, 2008 | $1,000.00 |
| August 28, 2008 | $2,000.00 |
| September 11, 2008 | $ 400.00 |
| September 16, 2008 | $ 100.00 |
| October 3, 2008 | $ 400.00 |
| October 14, 2008 | $ 50.00 |
| October 15, 2008 | $ 50.00 |
| October 22, 2008 | $ 600.00 |
| October 27, 2008 | $1,000.00 |
| October 29, 2008 | $ 100.00 |

| Date (on or about) | Amount of Transfer |
|---|---|
| November 3, 2008 | $   50.00 |
| November 5, 2008 | $  150.00 |
| November 7, 2008 | $  100.00 |
| December 4, 2008 | $1,000.00 |
| December 15, 2008 | $  350.00 |
| December 29, 2008 | $  900.00 |
| December 30, 2008 | $  800.00 |
| January 6, 2009 | $  200.00 |
| January 20, 2009 | $  500.00 |
| January 22, 2009 | $  500.00 |
| January 22, 2009 | $  500.00 |
| February 4, 2009 | $  100.00 |
| February 6, 2009 | $  500.00 |
| February 10, 2009 | $2,500.00 |
| March 25, 2009 | $  400.00 |
| April 1, 2009 | $1,000.00 |
| April 6, 2009 | $  300.00 |
| April 7, 2009 | $  500.00 |
| April 10, 2009 | $  300.00 |
| April 13, 2009 | $  100.00 |
| June 22, 2009 | $   50.00 |

16. On the following dates and in the following amounts, JESSICA SODERLING caused the following deposits from the sale of RIEM assets to be made to Jessica Soderling WF acct. 1714:

| Date (on or about) | Amount | Payor |
|---|---|---|
| July 24, 2009 | $1,500 | Silveira Pontiac |
| July 29, 2008 | $7,000 | Silveira Pontiac |
| August 11, 2009 | $5,625 | Ritchie Bros. |

//

17. On the following dates, JESSICA SODERLING caused the following disbursements to be made from Jessica Soderling WF acct. 1714 to pay RIEM, Inc. expenses:

| Date (on or about) | Amount | Payee |
|---|---|---|
| August 26, 2008 | $156.08 | GMAC |
| August 26, 2008 | $158.45 | GMAC |
| August 26, 2008 | $158.54 | GMAC |

All in violation of Title 18, United States Code, Section 371.

COUNT TWO: (26 U.S.C. § 7201 – Tax Evasion)

18. The United States realleges the facts set forth in paragraphs 2 through 7 as if fully set forth herein.

19. That on or about July 16, 2004, and continuing to on or about December 10, 2005, in the District of Northern California, the defendant,

JAY SCOTT SODERLING,

a resident of Healdsburg, California, and owner and operator of RIEM (sole proprietorship), did willfully attempt to evade and defeat the payment of his federal income taxes and employment taxes for RIEM, due and owing to the United States of America, for the periods and in amounts identified below:

| Period | Tax Form | Due Date of Return | Date Return Filed | Tax Due on 4/12/2005 | Penalty Due on 4/12/2005 | Interest Due on 4/12/2005 | Total |
|---|---|---|---|---|---|---|---|
| 1995 | 1040 | 4/15/96 | 4/15/96 | $ 3,224.00 | $ - | $ - | $ 3,224.00 |
| 1996 | 1040 | 4/15/97 | 4/15/97 | $ 9,164.00 | $ 0 | $ 0 | $ 9,164.00 |
| 1997 | 1040 | 4/15/98 | 2/19/99 | $ 7,473.00 | $ 0 | $ 0 | $ 7,473.00 |
| 1999 | 1040X | 4/15/00 | 9/09/01 | $ 4,259.00 | $ 0 | $ 0 | $ 4,259.00 |
| 2001 | 1040 | 4/15/02 | 3/30/04 | $ 125.00 | $ 126.88 | $ 33.57 | $ 285.45 |
| 2002 | 1040 | 4/15/03 | 6/24/04 | $ 4,139.00 | $ 1,561.12 | $ 477.68 | $ 6,177.80 |
| 3rd Q 1999 | 941 | 10/31/99 | 10/31/99 | $ 10,020.62 | $ 0 | $ 0 | $ 10,020.62 |
| 4th Q 1999 | 941 | 1/31/00 | 1/31/00 | $ 19,617.15 | $ 0 | $ 0 | $ 19,617.15 |
| 1999 | 940 | 1/31/00 | 1/31/00 | $ 1,173.62 | $ 0 | $ 0 | $ 1,173.62 |
| 1st Q 2000 | 941 | 4/30/00 | 4/30/00 | $ 7,899.24 | $ 0 | $ 0 | $ 7,899.24 |
| 2nd Q 2000 | 941 | 7/31/00 | 7/31/00 | $ 1,430.60 | $ 0 | $ 0 | $ 1,430.60 |
| 3rd Q 2000 | 941 | 10/31/02 | 11/05/02 | $ 5,244.49 | $ 1,595.13 | $ 742.18 | $ 7,581.80 |
| 4th Q 2000 | 941 | 1/31/03 | 1/28/03 | $ 8,675.07 | $ 2,472.40 | $1,070.11 | $ 12,217.58 |
| Total | | | | $112,852.79 | $15,688.61 | $5,965.66 | $134,507.06 |

Second Superseding Indictment
CR-11-530-CRB                                      10

by committing various affirmative acts of evasion, including:

* Concealing and attempting to conceal from the IRS the nature and extent of assets available to him to pay the taxes set forth above;

* submitting a financial statement, Form 433-A, to the IRS on or about April 12, 2005, containing false and misleading information;

* making false and misleading statements to an agent of the IRS on or about April 12, 2005;

* causing RIEM, Inc. to hold nominal title to his assets, including a 2005 Dodge Viper, a 2006 Honda, and a Mastercraft boat and trailer;

* causing RIEM, Inc. to pay personal expenses, including a 2005 Dodge Viper, a 2006 Honda, a family vacation in Hawaii, a Mastercraft boat and trailer, child support payments, and a dress from a bridal store.

All in violation of Title 26, United States Code, Section 7201.

A True Bill

/s/ *[signature]*
FOREPERSON

Dated: 9/9/14

MELINDA HAAG
United States Attorney

/s/ *[signature]*
J. DOUGLAS WILSON
Assistant United States Attorney
Chief, Criminal Division

Approved as to Form

/s/ *[signature]*
CYNTHIA STIER
Assistant United States Attorney
Tax Division