United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No.  11-cr-00530-CRB |
| v. | |
| JAY SCOTT SODERLING and JESSICA LYNN SODERLING, | **REASSIGNMENT ORDER** |
| Defendants. | |

GOOD CAUSE APPEARING THEREFOR,

Pursuant to the agreement of the undersigned judges, IT IS ORDERED that this case is reassigned to the Honorable Vince G. Chhabria for all further proceedings.

Counsel are hereby instructed that all future filings shall bear the new initials **VC** immediately after the case number.

Dated: August 20, 2015

_____
Charles R. Breyer,
Transferring Judge

_____
Vince G. Chhabria,
Accepting Judge

_____
Chief Judge (for the Executive Committee)